MICHAEL J. CARLSON, SR., Individually and as Administrator of the Estate of CLAUDIA D'AGOSTINO CARLSON, Deceased, and as Assignee of William Porter, Appellant, v AMERICAN INTERNATIONAL GROUP, INC., et al., Respondents.

Decided April 4, 2017

Reargument ordered and case set down for argument at a future session of the Court of Appeals.

Concur: Chief Judge DIFIORE and Judges RIVERA, ABDUS-SALAAM, STEIN, GARCIA and WILSON. Taking no part: Judge FAHEY.

In the Matter of MICHAEL H. CASSIDY, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.

Submitted February 21, 2017; decided April 4, 2017

Motion for reargument of motion for leave to appeal denied [*see* 28 NY3d 1128 (2017)].

ESTATE OF CHARLOTTE SHERMAN, Appellant, v SOUTHBRIDGE TOWERS, INC., Respondent.

Submitted January 30, 2017; decided April 4, 2017

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's denial of the motion to vacate, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.